THE HANNON GROUP, INC. *v.* ROBERT A. HERD (12404)

FOTI, LANDAU and HEIMAN, Js.
Argued May 5—decision released May 31, 1994

*James C. Mulholland,* for the appellant (defendant).

*Susan J. Lawshe,* with whom, on the brief, was *James A. Wade,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.